MEADER ATLAS COMPANY, APPELLANT, v. ELIZABETH
BUHL, RESPONDENT.

Submitted February 11, 1927—Decided April 1, 1927.

On appeal from the Supreme Court, whose *per curiam* is
printed in 4 *N. J. Mis. R.* 833.

For the appellant, *Walter L. Glenney.*

For the respondent, *Edward Stover.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.